David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Maria E. Sheppard*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Maria E. Sheppard,<br><br>   Plaintiff,<br><br>v.<br><br>VISA DEPARTMENTAL STORE NATIONAL BANK A/K/A VISA/DSNB; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>   Defendants. | Case No. 2:16-cv-00714-APG-VCF<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NA ONLY**<br><br>**ORDER** |

Plaintiff Maria E. Sheppard hereby moves that the above-entitled action

…

…

…

…

…

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, NA**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: August 1, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Rex Garner, Esq. |
| David H. Krieger, Esq. | Akerman, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Bank of America, NA* |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 12, 2016