# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA E. SHEPPARD,<br><br>    Plaintiff,<br><br>    v.<br><br>VISA DEPARTMENT STORES NATIONAL BANK, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00714-APG-VCF<br><br>**ORDER FOR STATUS REPORT** |

On August 15, 2016, the parties informed the court that they had reached a settlement and a stipulation to dismiss would be filed within sixty days. ECF No. 17.  Nothing has been filed.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a joint status report on or before January 27, 2017.

DATED this 4th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE