# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA E. SHEPPARD,<br><br>        Plaintiff,<br><br>   v.<br><br>VISA DEPARTMENT STORES NATIONAL BANK, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-00714-APG-VCF<br><br>**ORDER FOR STATUS REPORT** |

On August 15, 2016, plaintiff and Visa Department Stores National Bank informed the court that they had reached a settlement and a stipulation to dismiss would be filed within 60 days. ECF No. 19.  Nothing has been filed.

IT IS THEREFORE ORDERED that these parties shall file a stipulation to dismiss or a joint status report on or before March 17, 2017.

DATED this 1st day of March, 2017.

                                                        ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE